# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

CHAD MICHAEL MART

NO. 2022 KW 1267

**MARCH 24, 2023**

---

In Re:   Chad Michael Mart, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 11-FELY-625105.

---

**BEFORE:   GUIDRY, C.J., WOLFE AND MILLER, JJ.**

**WRIT GRANTED.** When a motion for an appeal has been timely made, the appeal shall not be affected by any fault or omission on the part of the trial court. **State v. Greene,** 2012-2027 (La. 3/15/13), 109 So.3d 370. See also **State v. Jones,** 2020-0451 (La. App. 1st Cir. 12/2/20), 2020 WL 7137112 (unpublished) (The failure of the district court, the minute clerk, or the clerk of court to perform their functions in connection with the filing of a timely criminal appeal does not affect the validity of the appeal.). Although not in proper form and untimely for purposes of a direct appeal, relator's September 2014 *pro se* motion requesting appointment of the Louisiana Appellate Project showed his intent to file an appeal. Relator's motion, which was essentially a request for an out-of-time appeal, was never adjudicated. Accordingly, the district court's ruling denying relator's motion for an out-of-time appeal is reversed and this matter is remanded to the district court with instructions to enter an order for appeal.

**JMG**
**EW**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

*a.c.D*

_____
        DEPUTY CLERK OF COURT
            FOR THE COURT